■ THOMAS W. DORAN, Appellant, v. JOSEPH SAVOCA et al., Respondents. — Judgment and order reversed, on the law and the facts, without costs, and motion for summary judgment denied. In our view of the record there are triable issues presented under the pleadings which require a plenary disposition. Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ., concur. [39 Misc 2d 430.]

■ JOSEPH D'ANGELO et al., Appellants, v. FRANK MAPHIA, Respondent. — Order granting nonsuit reversed, on the law and the facts, and motion denied on the ground plaintiffs made a sufficient showing prima facie of actionable negligence. Order denying motion for mistrial and denying motions to set aside the verdicts affirmed and judgment directed to be entered for defendant in accordance with such verdicts. No costs. Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.